THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE ASTORIA LIGHT, HEAT AND POWER COMPANY, Appellant, *v.* CHARLES H. GAUS, as Comptroller of the State of New York, Respondent.

*People ex rel. Astoria Light, H. & P. Co.* v. *Gaus*, 137 App. Div. 934, affirmed.

(Argued June 2, 1910; decided June 14, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 4, 1910, which confirmed a determination of the defendant in assessing a franchise tax against the relator for the year 1907.

*John A. Garver* for appellant.

*Edward R. O'Malley, Attorney-General (Edward H. Letchworth* of counsel), for respondent.

Order affirmed, without costs, on opinion in *People ex rel. Westchester Lighting Co.* v. *Gaus* (199 N. Y. 147).

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.